**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| NVARD TAHMAZYAN, | ) | NO. CV 15-5304-E |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and the matter is remanded for the immediate payment of benefits in accordance with the Memorandum Opinion and Order filed concurrently herewith.

DATED: March 23, 2016.

_____/s/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE